IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES EDWARD LOTT**                                                                                                  **PLAINTIFF**

**4:10CV00213-BRW**

**MICHAEL J. AUSTERE,**
**Commissioner of the**                                                                                                  **DEFENDANT**
**Social Security Administration**

### JUDGMENT

Consistent with the Order that was entered today, it is considered ORDERED and

ADJUDGED that Plaintiff's request for relief is DENIED.

IT IS SO ADJUDGED this 21st day of April, 2011.


                                                                 /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE